UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD DEMORE and SUZANNE DEMORE,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>　　　　　　Defendant. | 4:16-CV-04152-KES<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

Pursuant to the parties' joint motion to dismiss (Docket 14), it is

ORDERED, ADJUDGED, and DECREED that the above-entitled action is dismissed with prejudice and without costs or expenses awarded to either party.

DATED this 9th day of May, 2017.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE